IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       No. CR 08-872-TUC-CKJ (CRP)
vs.                                 )
                                    )
ERASMO GALINDO-GALINDO,             )              **ORDER**
                                    )
            Defendant.              )
_____)

On December 18, 2008, Magistrate Charles R. Pyle issued a Report and Recommendation [Doc. # 38] in which he recommended that the Defendant's Motion to Dismiss the Indictment [Doc. # 34] be denied. The Report and Recommendation advised the parties that any objections were to be filed within ten days of being served with a copy of the Report and Recommendation. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1.      The Report and Recommendation [Doc. # 38] is ADOPTED, and;

2.      Defendant's Motion to Dismiss the Indictment  [Doc. # 34] is DENIED.

DATED this 22nd day of January, 2009.

_____
Cindy K. Jorgenson
United States District Judge